**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>              Plaintiff,                       )<br>                                                        )<br>      v.                                             )     2:09-CR-438-JCM (RJJ)<br>                                                        )<br>BRIAN K. JACKSON,                 )<br>                                                        )<br>              Defendant.                  ) | |

**FINAL ORDER OF FORFEITURE**

On December 15, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant BRIAN K. JACKSON to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant BRIAN K. JACKSON pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on January 12, 2011, January 19, 2011, and January 26, 2011, in the Las Vegas Review-Journal/Sun, further notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    $120,829.36 in United States Currency; and

    b.    One Yamaha Grand Piano Disklavier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 15th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on March 9, 2011 by the below identified method of service:

<u>Electronic Filing</u>

Lisa A. Rasmussen
Law Office of Lisa Rasmussen
616 South Eighth Street
Las Vegas, NV 89101
*Counsel for Brian K. Jackson*

/s/ HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk