**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|          Plaintiff,  ) | |
| v.                             ) | 2:09-CR-438-JCM (RJJ) |
| BRIAN K. JACKSON,          ) | |
|          Defendant.  ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

On December 15, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant BRIAN K. JACKSON to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant BRIAN K. JACKSON pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on January 12, 2011, January 19, 2011, and January 26, 2011, in the Las Vegas Review-Journal/Sun, further notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.

3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,
7  Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code,
8  Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according
9  to law:

10  an *in personam* criminal forfeiture money judgment of $176,877.54, including:

11  a.   $120,829.36 in United States Currency; and

12  b.   One Yamaha Grand Piano Disklavier.

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
14  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
15  any income derived as a result of the United States of America's management of any property forfeited
16  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
18  certified copies to the United States Attorney's Office.

19  DATED April 11, 2012.

21  _____
    UNITED STATES DISTRICT JUDGE